# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CONCEPT DORSSERS,

Plaintiff,

v.

PACIFIC NORTHWEST TITLE INSURANCE COMPANY, INC.,

Defendant.

Case No. C09-1692RSL

ORDER

This matter comes before the Court *sua sponte*. On December 23, 2009, defendant filed a motion with related documents that, taken as a whole, exceeds 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendant is hereby ORDERED to show cause within five days of this Order why it should not be sanctioned for its failure to comply with Local Civil Rule 10(e)(8) and this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 4). Defendant shall immediately deliver a paper copy of the documents filed on December 23, 2009, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

Dated this 4th day of January, 2010.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER